FILED by **PG** D.C.

FEB 01 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

**16-20387-CIV-ALTONAGA/WHITE**

| United States District Court | District **Southern District of Florida** |
|---|---|
| Name (under which you were convicted): **Joseph Peter Clarke** | Docket or Case No.: **13-20334-Altonaga** |
| Place of Confinement: **Coleman USP-1** | Prisoner No.: **01532-104** |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |
| v. | **Joseph Peter Clarke** |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   **United States District Court for the Southern District of Florida**

   (b) Criminal docket or case number (if you know): **13-20334-Altonaga**

2. (a) Date of the judgment of conviction (if you know): **12/18/2013**

   (b) Date of sentencing: **12/18/2013**

   cat/div **2255/510/Miami**
   Case # **13CR20334-CMA**
   Judge **CMA**   Mag **PAW**
   Motn Ifp ___—___   Fee pd $ ___—___
   Receipt # _____

3. Length of sentence: **Life**

4. Nature of crime (all counts):
   **Count One: Conspiracy to commit Hobbs Act robbery; Count two: Conspiracy to possess with intent to distribute five kilograms or more of cocaine; Count three: Possession of a firearm by a convicted felon; Count Five: Possession of a firearm in furtherance of a violence**

5. (a) What was your plea? (Check one)
   (1) Not guilty ✓   (2) Guilty ☐   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ✓   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☒   No ☐
8. Did you appeal from the judgment of conviction?   Yes ☒   No ☐
9. If you did appeal, answer the following:
   (a) Name of court: United States Court of Appeal for the Eleventh Circuit
   (b) Docket or case number (if you know): No. 13-15874
   (c) Result: Affirmed
   (d) Date of result (if you know): March 17, 2015
   (e) Citation to the case (if you know): 600 Fed. Appx. 709
   (f) Grounds raised:




   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☒
      If "Yes," answer the following:
      (1) Docket or case number (if you know):
      (2) Result:
      (3) Date of result (if you know):
      (4) Citation to the case (if you know):
      (5) Grounds raised:




10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐   No ☒
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court:
        (2) Docket or case number (if you know):
        (3) Date of filing (if you know):

 (4) Nature of the proceeding:

 (5) Grounds raised:




 (6) Did you receive a hearing where evidence was given on your motion, petition, or application?  Yes ☐  No ☒

 (7) Result:

 (8) Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:

 (1) Name of court:

 (2) Docket or case number (if you know):

 (3) Date of filing (if you know):

 (4) Nature of the proceeding:

 (5) Grounds raised:




 (6) Did you receive a hearing where evidence was given on your motion, petition, or application?  Yes ☐  No ☐

 (7) Result:

 (8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

 (1) First petition:  Yes ☐  No ☐

 (2) Second petition:  Yes ☐  No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: Counsel was ineffect when he failed to object that the Petitioner did not qualify sentence under the 18 USC 3559(c)

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel failed to object and bring to the attention to the District Court that, I did not qualify to be sentence under 18 USC 3559(c), because one of the predicate/offense use did not met the Certira under 3559(c)(3)(A).

(b) Direct Appeal of Ground One:
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐   No ☑
   (2) If you did not raise this issue in your direct appeal, explain why:

   Counsel did not raise it

(c) Post-Conviction Proceedings:
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐   No ☑
   (2) If your answer to Question (c)(1) is "Yes," state:
   Type of motion or petition:
   Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:


GROUND TWO: Counsel was ineffective when he failed to present to the court a special jury on the amount of drug that the Petitioner possessed or Distributed

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel was ineffective for Failing to present to the District a special Jury verdict Form, that would have instructed the jury to find how many drugs that the Petitioner actually possessed or Distributed.

(b) Direct Appeal of Ground Two:

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑   No ☑

    (2) If you did not raise this issue in your direct appeal, explain why:

    Counsel did not raise it

(c) Post-Conviction Proceedings:

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑   No ❑

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:

    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑   No ❑

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❑   No ❑

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑   No ❑

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

## GROUND THREE:

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) Direct Appeal of Ground Three:
 (1) If you appealed from the judgment of conviction, did you raise this issue?
  Yes ☐ No ☐
 (2) If you did not raise this issue in your direct appeal, explain why:

(c) Post-Conviction Proceedings:
 (1) Did you raise this issue in any post-conviction motion, petition, or application?
  Yes ☐ No ☐
 (2) If your answer to Question (c)(1) is "Yes," state:
 Type of motion or petition:
 Name and location of the court where the motion or petition was filed:

 Docket or case number (if you know):
 Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion, petition, or application?

  Yes ❏   No ❏

(4) Did you appeal from the denial of your motion, petition, or application?

  Yes ❏   No ❏

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

  Yes ❏   No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:




GROUND FOUR:

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

...

(b) Direct Appeal of Ground Four:

  (1) If you appealed from the judgment of conviction, did you raise this issue?

  Yes ☐  No ☐

  (2) If you did not raise this issue in your direct appeal, explain why:

(c) Post-Conviction Proceedings:

  (1) Did you raise this issue in any post-conviction motion, petition, or application?

  Yes ☐  No ☐

  (2) If your answer to Question (c)(1) is "Yes," state:

  Type of motion or petition:

  Name and location of the court where the motion or petition was filed:

  Docket or case number (if you know):

  Date of the court's decision:

  Result (attach a copy of the court's opinion or order, if available):

  (3) Did you receive a hearing on your motion, petition, or application?

  Yes ☐  No ☐

  (4) Did you appeal from the denial of your motion, petition, or application?

  Yes ☐  No ☐

  (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

  Yes ☐  No ☐

  (6) If your answer to Question (c)(4) is "Yes," state:

  Name and location of the court where the appeal was filed:

  Docket or case number (if you know):

  Date of the court's decision:

  Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?    Yes ☐  No ☑
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
    (a) At preliminary hearing: Ray Jeffrey Kahn
    (b) At arraignment and plea: Ray Jeffrey Kahn
    (c) At trial: Ray Jeffrey Kahn
    (d) At sentencing: Ray Jeffrey Kahn

Page 12

(e) On appeal: **Neal Gary Rosensweig**

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?  Yes ☑ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?  Yes ☐ No ☑

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    (b) Give the date the other sentence was imposed:

    (c) Give the length of the other sentence:

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?  Yes ☐ No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

This motion was made timely.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
    A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
        (1) the date on which the judgment of conviction became final;
        (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
        (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
        (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: **On Ground one and two.**

or any other relief to which movant may be entitled.

---

**N/A**

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on **Jan. 26th, 2016** (date).

_[signature]_

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

Joseph Clarke #01532-104
Federal Correctional Complex USP-1
P.O. Box 1033
Coleman, Fl. 33521-0879

CERTIFIED MAIL

7012 2210 0000 4379 4501

U.S. POSTAGE PAID
COLEMAN, FL
33521
JAN 28, 16
AMOUNT
$0.00
R2305H127076-11

Clerk, United States District Court for
the Southern District of Florida
400 North Miami Avenue
Miami, Fl. 33128

THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FOR FORWARDING
TO YOU. THE LETTER HAS BEEN NEITHER OPENED
NOR INSPECTED. IF THE WRITER RAISES A
QUESTION OR PROBLEM OVER WHICH THIS
FACILITY HAS JURISDICTION, YOU MAY WISH TO
RETURN THE MATERIAL FOR FURTHER
INFORMATION OR CLARIFICATION. IF THE
WRITER ENCLOSES CORRESPONDENCE
FOR FORWARDING TO ANOTHER ADDRESSEE,
PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

RECEIVED JAN 27 2016